IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:18CB01-SMB |
| | ) | Violation Number 6580954 NE-2 |
| vs. | ) | |
| | ) | **ORDER** |
| DANIEL L. DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

On the motion of the United States Attorney's Office, the above-referenced matter is hereby dismissed without prejudice.

ORDERED this 26 day of March, 2018.

BY THE COURT:

**SUSAM M. BAZIS**
**UNITED STATES MAGISTRATE JUDGE**